**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
Greyson K. Van Dyke, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: 212-549-0307
Facsimile: 212-521-5450
dbettino@reedsmith.com
gvandyke@reedsmith.com
*Attorneys for Defendant Wells Fargo Bank, N.A., improperly identified as Well Fargo Bank*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENTZION HERMAN, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, <br><br> Defendant. | Civil Action No.: 1:24-cv-01226-LJL |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to a dismissal of all claims in this action, with prejudice, and each party shall bear their own costs and expenses, including attorneys' fees.

_____
Bentzion Herman, *pro se*

Date: July 6, 2024

/s/ Greyson K. Van Dyke
Greyson K. Van Dyke, Esq.
**REED SMITH LLP**
*Attorneys for Defendant Wells Fargo Bank, N.A., improperly identified as Well Fargo Bank*

Date: July 8, 2024

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

July 11, 2024